## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

SCHLACHTER OPERATING CORPORATION;
and DANIAL INVESTMENTS, L.P.,

       Plaintiffs,

v.

HUSKY VENTURES, INC.,

       Defendant.

CASE NO. CIV-15-525-W

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Schlachter Operating Corporation and Danial Investments, L.P., and Defendant, Husky Ventures, Inc., hereby voluntarily dismiss all of their claims and counterclaims in this case, with prejudice to refiling, with all parties to bear their own attorneys' fees and costs of this action pursuant to a Settlement Agreement reached between the parties.

Respectfully submitted,

Dated: December 15, 2016.

By: /s/ John Paul Albert
Travis P. Brown, OBA #20636
Brady L. Smith, OBA #30727
John Paul Albert, OBA #31933
**MAHAFFEY & GORE, P.C.**
300 N.E. 1st Street
Oklahoma City, OK 73104-4004
Telephone: (405) 236-0478
Facsimile: (405) 236-1840
tbrown@mahaffeygore.com
bsmith@mahaffeygore.com
jalbert@mahaffeygore.com
**ATTORNEYS FOR DEFENDANT**

By: /s/ Kirk A. Marshall
*(signed by filing attorney with permission of Plaintiffs' attorney)*
Kirk A. Marshall, OBA #19345
KIRK MARSHALL, PLLC
304 W. Grand Teton Ct.
Yukon, OK 73099
Telephone: (405) 706-5641
Facsimile: (405) 382-1206
kirkmarshall@msn.com

**--**and—

By: /s/ D. Patrick Long
D. Patrick Long
Texas Bar No. 12515500
**SQUIRE PATTON BOGGS (US) LLP**
2000 McKinney Ave., Suite 1700
Dallas, TX 75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550
Patrick.long@squireph.com
**ATTORNEYS FOR PLAINTIFFS**